**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER JASON GRAY, | : | PRISONER CIVIL RIGHTS |
| GDC ID 847664, | : | 42 U.S.C. § 1983 |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:14-CV-1895-WSD-ECS |
| SAMULE S. OLENS, | : | |
| Defendant. | : | |

**FINAL REPORT AND RECOMMENDATION**

Christopher Jason Gray was sentenced to spend life in prison after he was convicted of committing the crimes of kidnapping, rape, aggravated sodomy, aggravated assault, and armed robbery in 1994.  See http://www.dcor.state.ga.us/GDC/OffenderQuery/jsp/OffQryForm.jsp (last viewed June 25, 2014; searched for GDC ID 847664). Proceeding pro se, Mr. Gray has now filed a civil rights complaint under 42 U.S.C. § 1983 demanding that the Attorney General of Georgia be ordered to:

> A) . . . INTERPRET and EXPLAIN what constitutes kidnapping with bodily injury . . . .
> B) . . . INTERPRET and EXPLAIN what constitutes a[n] offense of rape . . . .
> C) . . . INTERPRET and EXPLAIN . . . O.C.G.A. § 16-5-21(a)(1) [Georgia's aggravated assault statute] . . . .
> in writing dating from 1978 to 1995 year listed to I the Plaintiff, Christopher Jason Gray, or which offenses are included within the other, or how to be applied dating from the year of 1978 to 1995 year only.

[Doc. No. 1 at 4].

Because Mr. Gray's complaint is frivolous – and it does not appear that a more carefully drafted amended complaint might state a claim with respect to these issues - the undersigned **RECOMMENDS** that this case be **DISMISSED**.  See generally 28 U.S.C. § 1915A; Denton v. Hernandez, 504 U.S. 25, 32 (1992); Neitzke v. Williams, 490 U.S. 319, 324, 327-28 (1989).

Mr. Gray's request for permission to proceed in forma pauperis [Doc. No. 2] is **GRANTED** solely for the purpose of dismissal.

The undersigned further **RECOMMENDS** that this Court **CERTIFY** that any appeal would not be taken in good faith.  See 28 U.S.C. § 1915(a)(3).

The Clerk is **DIRECTED** to terminate the referral of this case to the undersigned.

**SO RECOMMENDED AND DIRECTED**, this 30th day of June, 2014.

*S/ E. Clayton Scofield III*
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)